IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **Brandon Callier**, on behalf of himself | § § § | |
| Plaintiff | § § | Civil Action No. 3:25-CV-65 DB |
| *versus* | § § | |
| **CreditXIP, LLC, *et al*.**, | § § § | |
| Defendants. | § § | |

### JUDGMENT BY DEFAULT

Pursuant to Rule 55(b)(1), FRCP, it appears that judgment by default should be entered against Defendant CreditXIP, LLC and Defendant Jonathan Deloreme-Kelley.

IT IS HEREBY **ORDERED** that Plaintiff, on behalf of himself, shall recover from Defendant CreditXIP, LLC and Defendant Jonathan Deloreme-Kelley both jointly and severally $4,500 in statutory damages pursuant to 47 U.S.C. §227(c), $3,000.00 in statutory damages pursuant to 47 U.S.C. §227(b), $25,000.00 in statutory damages pursuant to § 302.101 of the Texas Business and Commerce Code, and $405 in costs. Interest shall accrue on the monetary amounts awarded in this Judgment at a rate of 3.97% per annum, from the date of entry of this Judgment until this Judgment is paid. 28 U.S.C. § 1961. The Court shall retain jurisdiction to entertain such further proceedings and to enter such further orders as necessary or appropriate to implement and enforce the provisions of this Final Judgment.

**IT IS FURTHER ORDERED** all pending motions are denied as moot.

**IT IS FINALLY ORDERED** the Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **18th** day of **December 2025.**

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**